FILED
2024 MAY 28 PM 1:47
CLERK
U.S. DISTRICT COURT

TRINA A. HIGGINS, United States Attorney (#7349)
CAROL A. DAIN, Assistant United States Attorney (#10065)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. KRISTA RENAE STONE, Defendant. | Case No. FELONY INFORMATION COUNT 1: 18 U.S.C. § 1958, Use of Interstate Commerce Facilities in the Commission of Murder-for-Hire Judge |

The United States Attorney charges:

### COUNT 1
18 U.S.C. § 1958
(Use of Interstate Commerce Facilities in the Commission of Murder-for-Hire)

Beginning in at least March of 2023 and continuing until on or about September 7, 2023, in the District of Utah and elsewhere,

KRISTA RENAE STONE,

the defendant herein, did knowingly and intentionally use and cause to be used, a facility of interstate commerce, that is, the internet, with intent that the murder of Victim 1 be

1

committed in violation of the laws of the State of Utah, and as consideration for the receipt of, and promise and agreement to pay, money and other items of pecuniary value; all in violation of 18 U.S.C. § 1958.

TRINA A. HIGGINS
United States Attorney

_____
CAROL A. DAIN
Assistant United States Attorney