AO 455 (Rev. 01/09) Waiver of an Indictment

UNITED STATES DISTRICT COURT
for the
District of Utah

FILED
2024 MAY 30
CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 2:24CR181 |
| KRISTA RENAE STONE ) | |
| *Defendant* ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 5-30-24

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

DARRELL J. YORK
*Printed name of defendant's attorney*

Daphne A. Oberg
*Judge's signature*

_____
*Judge's printed name and title*