TRINA A. HIGGINS, United States Attorney (#7349)
CAROL A. DAIN, Assistant United States Attorney (#10065)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah  84111-2176
Telephone:  (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No:   2:24-cr-00181-DS |
| Plaintiff, | : | POSITION OF THE UNITED STATES WITH RESPECT TO SENTENCING |
| vs. | : | FACTORS U.S.S.G. § 6A1.2, DUCrimR 32-1 |
| KRISTA RENAE STONE, | : | District Judge David Sam |
| Defendant. | : | |

The United States of America, by and through the undersigned Assistant United States Attorney, and pursuant to Rule DUCrimR 32-1(b), Rules of Practice of the United States District Court for the District of Utah, states that after reviewing the Presentence Report prepared by the U.S. Probation Office in connection with the sentencing of the above-named defendant, that it is unaware of any matters disputed between the government and the defendant with respect to such report. The United States has no

//

objection to the Presentence Report.

DATED this ___7th___ day of August 2024.

/s/ *[signature]*

TRINA A. HIGGINS
United States Attorney

CAROL A. DAIN
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of the United States Attorney's Office, and that a copy of the foregoing Position of the United States with Respect to Sentencing Factors U.S.S.G. § 6A1.2, DUCrimR 32-1(b) was mailed postage prepaid, delivered through interoffice mail or electronically filed to all parties named below this 7th day of August 2024.

    Darrell J. York
    *Attorney for Defendant*

                */s/ Jennifer Salt*
                JENNIFER SALT
                Legal Administrative Specialist